## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 08-00788-CJC(ANx)                    Date:  May 18, 2010

Title: EASTWOOD INSURANCE SERVICES, INC. ET AL. V. TITAN AUTO INSURANCE OF NEW MEXICO ET AL.

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                    None Present

### PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SUMMARY JUDGMENT SHOULD NOT BE ENTERED AGAINST PLAINTIFFS

Plaintiffs Eastwood Insurance Services, Inc., Eastwood Insurance Agency of Texas, Inc., Eastwood Insurance Agency of Nevada, Inc., Eastwood Insurance Agency of Florida, Inc., and Eastwood Auto Insurance Agency of Arizona, Inc. (collectively "Plaintiffs") brought this action against Defendants Titan Auto Insurance of New Mexico, Inc., THI Holdings (Delaware), Inc., and Nationwide Mutual Insurance Company (collectively "Defendants").  Plaintiffs' Second Amended Complaint alleges causes of action for intentional misrepresentation/concealment, negligent misrepresentation, breach of contract, breach of the implied covenant of good faith and fair dealing, and accounting.  On May 5, 2010, the Court granted Defendants' motion for summary judgment on Plaintiffs' intentional misrepresentation/concealment and negligent misrepresentation causes of action.  The Court also denied Plaintiffs' motion for summary judgment on the breach of contract and breach of the implied covenant of good faith and fair dealing causes of action.

Based on the evidence presented in prior motions, there is cause for the Court to believe that Plaintiffs might not have sufficient evidence to support their claims. Accordingly, the Court, on its own motion, orders Plaintiffs to show cause why summary judgment should not be entered against them on their remaining causes of action for breach of contract, breach of the implied covenant of good faith and fair dealing, and accounting. Plaintiffs must file their opposition by June 7, 2010.  Defendants must file a reply by June

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 08-00788-CJC(ANx)                           Date:  May 18, 2010
Page 2

---

21, 2010.  Plaintiffs may file a sur-reply by June 28, 2010.  The hearing on this order to show cause is scheduled for July 19, 2010, at 1:30 p.m.  The pretrial conference scheduled for May 24, 2010, and the jury trial scheduled for June 15, 2010, are hereby vacated and off calendar.  The pretrial conference and trial will be rescheduled if necessary after the hearing on the order to show cause.

jhp

MINUTES FORM 11
CIVIL-GEN                                            Initials of Deputy Clerk MU