**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| EASTWOOD INSURANCE SERVICES, INC., et al., <br><br>   Plaintiff, <br><br> v. <br><br> TITAN AUTO INSURANCE OF NEW MEXICO, INC., a New Mexico Corporation, THI HOLDINGS (DELAWARE), INC., a Delaware Corporation, and DOES 1-10 inclusive, <br><br>   Defendants. | **CASE NO. SACV08-00788 CJC (ANx)** <br><br> Assigned for all purposes to Honorable Cormac J. Carney <br><br> **[PROPOSED] JUDGMENT** |

Plaintiffs Eastwood Insurance Services, Inc., Eastwood Insurance Agency of Texas, Inc., Eastwood Insurance Agency of Nevada, Inc., Eastwood Insurance Agency of Florida, Inc., and Eastwood Insurance Agency of Arizona, Inc. (collectively "Plaintiffs") brought this action against Defendants Titan Auto Insurance of New Mexico, Inc., THI Holdings (Delaware), Inc. and Nationwide Mutual Insurance Company (collectively "Defendants").

On April 7, 2010, Defendants filed a motion for partial summary judgment on the First Cause of Action for Intentional Misrepresentation/Concealment and

1  Second Cause of Action for Negligent Misrepresentation in Plaintiffs' Second
2  Amended Complaint ("SAC"). Having read and considered the papers submitted
3  by the parties, this Court found that Defendants' motion for partial summary
4  judgment was appropriate for disposition without a hearing. On May 18, 2010, the
5  Court granted Defendants' motion for partial summary judgment on Plaintiffs' First
6  Cause of Action for Intentional Misrepresentation/Concealment and Second Cause
7  of Action for Negligent Misrepresentation.
8      On May 18, 2010, this Court, on its own motion, issued an Order to Show
9  Cause Why Summary Judgment Should Not Be Entered Against Plaintiffs ("OSC")
10 on Plaintiffs' remaining causes of action for breach of contract, breach of the
11 implied covenant of good faith and fair dealing, and accounting, and set a briefing
12 schedule for Plaintiffs to respond to the OSC. Following briefing by Plaintiffs and
13 Defendants and oral argument on the OSC on July 19, 2010, this Court issued an
14 Order Granting Summary Judgment against Plaintiffs on July 22, 2010.
15     Having ordered that summary judgment be granted in favor of Defendants on
16 all of Plaintiffs' causes of action, IT IS HEREBY ORDERED, ADJUDGED AND
17 DECREED THAT:
18     1.    Plaintiffs take nothing;
19     2.    The action be dismissed on the merits and with prejudice; and
20     3.    Defendants recover their costs.
21 IT IS SO ORDERED:
22
23 July _27, 2010
   
                                     _____
24                                   The Honorable Cormac J. Carney
                                     United States District Judge
25
26
27
28