1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **EASTWOOD INSURANCE SERVICES, INC., et al.,** | Case No. SACV08-00788 CJC (ANx) |
| **Plaintiff,** | [~~PROPOSED~~] SECOND AMENDED JUDGMENT |
| v. | |
| **TITAN AUTO INSURANCE OF NEW MEXICO, INC., et al.,** | |
| **Defendants.** | |

    Plaintiffs Eastwood Insurance Services, Inc., Eastwood Insurance Agency of Texas, Inc., Eastwood Insurance Agency of Florida, Inc., and Eastwood Insurance Agency of Arizona, Inc. (collectively "Plaintiffs") brought this action against Defendants Titan Auto Insurance of New Mexico, Inc., THI Holdings (Delaware), Inc., and Nationwide Mutual Insurance Company (collectively "Defendants").

    On April 7, 2010, Defendants filed a motion for partial summary judgment on the First Cause of Action for Intentional Misrepresentation/Concealment and Second Cause of Action for Negligent Misrepresentation in Plaintiffs' Second Amended Complaint ("SAC"). Having read and considered the papers submitted by the parties, this Court found that Defendants' motion for partial summary

judgment was appropriate for disposition without a hearing. On May 18, 2010, the Court granted Defendants' motion for partial summary judgment on Plaintiffs' First Cause of Action for Intentional Misrepresentation/Concealment and Second Cause of Action for Negligent Misrepresentation.

On May 18, 2010, this Court, on its own motion, issued an Order to Show Cause Why Summary Judgment Should Not Be Entered Against Plaintiffs ("OSC") on Plaintiffs' remaining causes of action for breach of contract, breach of the implied covenant of good faith and fair dealing, and accounting, and set a briefing schedule for Plaintiffs to respond to the OSC. Following briefing by Plaintiffs and Defendants and oral argument on the OSC on July 19, 2010, this Court issued an Order Granting Summary Judgment against Plaintiffs on July 22, 2010.

Having ordered that summary judgment be granted in favor of Defendants on all of Plaintiffs' causes of action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiffs take nothing;
2. The action be dismissed on the merits and with prejudice; and
3. Defendants recover $2,721,371.65 in attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 3, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE